**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1119**

WARREN KATZ,

                Plaintiff – Appellant,

      v.

HOLLAND AND KNIGHT, LLP.; THOMAS M. BROWNELL, Esq.; JOCELYN
W. BRITTIN, Esq.,

                Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, Senior
District Judge. (1:09-cv-01106-TSE-IDD)

Submitted:  July 22, 2010          Decided:  July 29, 2010

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Warren Katz, Appellant Pro Se.  John Thorpe Richards, Jr.,
Robert P. Trout, TROUT CACHERIS, PLLC, Washington, D.C., for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren Katz appeals the district court's order dismissing his civil action based on res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Katz v. Holland & Knight, LLP</u>, No. 1:09-cv-01106-TSE-IDD (E.D. Va. filed Jan. 8, 2010 & entered Jan. 11, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>